BEFORE THE SECOND DIVISION, FEBRUARY 13, 1941

**No. 45391.**—Petition 5873–R of Walter Mainzer (St. Louis).

Opinion by DALLINGER, J.   The petition was dismissed.

**No. 45392.**—Petitions 5869–R, etc., of Atlanta Belting Co. (Atlanta).

Opinion by DALLINGER, J.   The court was satisfied from the record that under all the circumstances the importer acted in good faith.   The petitions were therefore granted.

BEFORE THE FIRST DIVISION, FEBRUARY 14, 1941

**No. 45393.**—Petitions 6056–R, etc., of Golding Bros. Co., Inc. (New York).

Opinion by BROWN, J.   The entries were made on the basis of foreign or export value while the examiner claimed that United States value should govern and made advances.   The facts and circumstances were held to clearly negative any intention to defraud or deceive.   The petitions were therefore granted.   Abstract 39917 followed.

**No. 45394.**—Petition 5679–R of Butler Bros. (Houston).

Opinion by BROWN, J.   Confirming the ruling temporarily made the court dismissed the petition.

**No. 45395.**—Protests 980014–G, etc., of Mrs. S. Stock (Los Angeles).

Opinion by KEEFE, J.   The facts establish that the bears in question are not chiefly used for the amusement of children and are not adapted for such purpose. It was not disputed that they are used for souvenirs or curios by adults.   The claim at 50 percent under paragraph 1519 (e) was sustained.   *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) cited.

BEFORE THE SECOND DIVISION, FEBRUARY 14, 1941

**No. 45396.**—Protests 651711–G, etc., of Barth & Guttman Textile Corp. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.